JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LARA, | Case No.: 5:25- cv-02857 ODW (RAOx) |
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| v. | |
| COSTCO WHOLESALE MEMBERSHIP, INC.; COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Having considered the Parties' Joint Stipulation to Remand and good cause appearing, the Court ORDERS as follows:

1. This action is **REMANDED** to the Superior Court of California, County of San Bernadino, 14455 Civic Drive, Victorville, CA 92392, Case No. CIVVS2400348, pursuant to 28 U.S.C. § 1447.

2. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal and remand, and no party shall seek fees or costs under 28 U.S.C. § 1447(c) based on this removal and stipulation.

3. All dates and deadlines in this Court are VACATED.

4. The Clerk is directed to send a certified copy of this Order to the Clerk of the Superior Court of California, County of San Bernardino, and to **CLOSE** this federal case.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
HON. OTIS D. WRIGHT, II
JUDGE OF THE UNITED STATES
DISTRICT COURT